Shamella GILBERT, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 84577.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 23, 2004.

S. Paige Canfield, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Evan J. Buchheim, Asst. Attys. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN and MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

Movant Shamella Gilbert appeals the motion court's judgment denying her Rule 29.15 motion for post-conviction relief without an evidentiary hearing. The motion court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only setting forth the reasons for this decision. The judgment is affirmed. Rule 84.16(b).